Nos. 2336.—EL PUEBLO, APLDO., *v.* GUZMÁN, APLTE.; 2330. —EL PUEBLO, APLDO., *v.* CARTAGENA, APLTE.; 2337.—EL PUEBLO, APLDO., *v.* MALAVEZ, APLTE.—C. D. Ponce. Dic. 23, 1924, el primero y dic. 24, 1924, los dos últimos. Apareciendo que la acusación en estos casos imputa la violación de una ordenanza municipal que prohibe tener un depósito de materias explosivas, etc., en el recinto de la población y demostrando la prueba que no había tal "depósito" sino un ventorrillo donde se vendían artículos al detall, entre ellos pequeñas cantidades de petardos, de acuerdo con la petición del fiscal, *se revocan* las sentencias y absuelve a los acusados.

No. 3350.—FIGUEROA, APLTE., *v.* PANZARDI ET AL., APLDOS. —C. D. San Juan, Distrito 1°. Dic. 24, 1924. Apareciendo que el único error alegado por el apelante se refiere a la apreciación de la prueba por parte de la corte inferior, constando de la dicha transcripción que la contienda litigiosa versó sobre el dominio del bien mueble de que se trata, no habiendo demostrado el tercerista su derecho dominical y resultando de la prueba que el deudor no se desprendió de la posesión de dicho bien mueble, visto el artículo 1764 del Código Civil, *se confirma* la sentencia apelada.